

## PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**TAYLOR B. GRAHAM, ESQ.**                                                                JUNE 19, 2017
GRAHAM@PELTONGRAHAM.COM

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*Henry Cuevas v. Elio & Sons, LLC, et al.*</u>
               <u>Civil Action No. 17-cv-02490 (LGS)</u>

Dear Judge Schofield:

      This office represents the plaintiff in the above-referenced action. In accordance with Your Honor's June 19, 2017 Order (Dkt. No. 21), we write, on behalf of all parties, to provide the Court with a revised Settlement Agreement which strikes the "No Assist" provision (paragraph 5) that Your Honor found to be in conflict with the remedial purpose of the FLSA and the Second Circuit's direction in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.2d 199 (2d Cir. 2015).

      For this very purpose, the parties included in the Settlement Agreement a "Severability" clause (paragraph 13), which deems the agreement modified to remove any provision that the Court finds unenforceable. Accordingly, the parties have agreed to strike the "No Assist" provision by crossing it out, with all other terms of the Settlement Agreement remaining in full force and effect. For the reasons set forth in the parties' June 1, 2017 joint letter (Dkt. No. 19), we respectfully renew our request for approval of the Settlement Agreement in its modified form.

      We appreciate Your Honor's attention to this matter. Please contact the undersigned with any questions regarding this submission.

                                                      Respectfully submitted,

                                                      */s/ Taylor B. Graham*

                                                      Taylor B. Graham, Esq. of
                                                      PELTON GRAHAM LLC

Encl.
cc:     Isidoros Tsamblakos, Esq. (via ECF)